UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS  No. C-09-0390 JSW (EMC)
PENSION TRUST FUND, *et al.*,

   Plaintiffs,

 v.  **ORDER RE SUPPLEMENTAL BRIEFING AND/OR EVIDENCE**

O.P. & SONS CONSTRUCTION, *et al.*,  **(Docket No. 17)**

   Defendants.
_____/

   Plaintiffs and Defendants stipulated to a judgment on April 9, 2009, which the presiding judge in this case subsequently approved. *See* Docket Nos. 14, 16 (stipulation and judgment). One of the provisions of the stipulated judgment permits Plaintiffs to obtain a writ of execution against Defendants upon a default. *See* Docket No. 16 (Judgment ¶ 7(b)). Plaintiffs have now submitted a declaration, in which they submit evidence that Defendants have defaulted, and accordingly ask for issuance of a writ of execution. The presiding judge referred Plaintiffs' motion to the undersigned for a report and recommendation.

   The Court has reviewed Plaintiffs' papers, including their proposed writ of execution. Plaintiffs seek not only the amount of the stipulated judgment and costs (including attorney's fees, *see* Docket No. 16 (Judgment ¶ 7(d)), but also additional monetary damages. Plaintiffs argue that they are entitled to additional damages because Defendants failed to provide contribution reports and payments for the period February to April 2009. Plaintiffs made estimates as to what the unpaid contributions, liquidated damages, and interest were for these months "based on the last amount reported by Defendants." Mot. at 2.

The Court hereby orders Plaintiffs to provide supplemental briefing and/or evidence as to whether Plaintiffs may seek additional monetary damages through a request for issuance of a writ of execution (as opposed, *e.g.*, to first seeking an audit) and, if so, cite any legal authority for such summary relief.

In addition, the Court orders Plaintiffs to provide supplemental briefing and/or evidence as to whether Defendants were given written notice of the default and an opportunity to cure as provided for by the stipulated judgment.  *See* Docket No. 16 (Judgment ¶ 7).

Supplemental papers shall be filed and served on Defendants within a week of the date of this order.  Plaintiffs shall also serve a copy of this order on Defendants within three days of the date of this order.

IT IS SO ORDERED.

Dated: June 9, 2009

_____
EDWARD M. CHEN
United States Magistrate Judge

2