IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BAY AREA PAINTERS AND TAPERS
PENSION TRUST FUND, et al.,

    Plaintiffs,

v.

O. P. & SONS CONSTRUCTION, et al.,

    Defendants.

No. C 09-00390 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On June 22, 2009, Magistrate Judge Edward M. Chen issued a report and recommendation regarding Plaintiffs' request for issuance of a writ of execution. No party has filed objections to the Report and Recommendation within the required time period.

Having considered the Report and Recommendation, the Court it correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, the Court HEREBY ORDERS that Plaintiffs' request for the issuance of a writ of execution is GRANTED.

**IT IS SO ORDERED.**

Dated: July 17, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE